# PRIMMER PIPER EGGLESTON & CRAMER PC

*Attorneys at Law*

**DOUGLAS J. WOLINSKY**
*dwolinsky@ppeclaw.com*
TEL: (802) 864-0880
FAX: (802) 864-0328

150 SOUTH CHAMPLAIN STREET  P.O. BOX 1489  BURLINGTON, VT  05402

December 22, 2010

Thomas J. Hart, Clerk
U.S. Bankruptcy Court
67 Merchants Row
P.O. Box 6648
Rutland, VT  05702-6648

Re:   Roland L. Webb – Case No.  05-10870

Dear Mr. Hart:

Enclosed with this letter is a check made payable to the United States Bankruptcy Court in the amount of $2,053.04, which represents unclaimed funds, as follows:

| Claim No. | Check No. | Amount  | Claimant address |
|-----------|-----------|---------|------------------|
| 5         | 105       | $594.58 | Mary C. Webb<br>107 Messenger Street<br>St. Albans, VT  05478 |

Please note that these funds are being returned to you pursuant to Section 347(a) of the United States Bankruptcy Code. Thank you for your assistance.

Sincerely yours,

Douglas J. Wolinsky

DJW:ajl

E00970-02854\Doc #3